OPINION — AG — THE WORD ' CITIES ' AS USED IN 47 O.S. 1971 955 [47-955](4), WHICH PROVIDES REGULATIONS USED BY THE DEPARTMENT OF PUBLIC SAFETY IN REMOVING VEHICLES FOUND ON HIGHWAYS, DOES NOT REFER TO A GEOGRAPHICAL AREA WHICH MAY INCLUDE OTHER CITIES AND TOWNS. (MOTOR VEHICLES, DEFINITIONS AND GENERAL PROVISIONS) CITE: 25 O.S. 1971 1 [25-1], 47 O.S. 1971 955 [47-955](4) (WILLIAM ROY HOLTON JR)